IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

TROY ANTHONY HARDEN,                    *

           Plaintiff,                   *

vs.                                     *
                                            CASE NO. 4:06-CV-100 (CDL)
JAMES A. DONALD, *et al.*,              *

           Defendants.                  *

                                        *

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

       After a *de novo* review of the record in this case, the Report
and Recommendation filed by the United States Magistrate Judge on
October 2, 2006, is hereby approved, adopted, and made the Order of
the Court.

       IT IS SO ORDERED, this 25th day of October, 2006.


                                S/Clay D. Land
                                  CLAY D. LAND
                             UNITED STATES DISTRICT JUDGE